Peter I. Ostroff (SBN 45718)
postroff@sidley.com
Amy P. Lally (SBN 198555)
alally@sidley.com
Michelle B. Goodman (SBN 218607)
mgoodman@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff
FG Hemisphere Associates, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> DEMOCRATIC REPUBLIC OF CONGO, et al. <br><br> Defendants. | Case No. 05-MC-87 <br><br> [~~PROPOSED~~] RENEWAL OF JUDGMENT |

 IT IS HEREBY ORDERED, that a judgment be and is entered in favor of FG Hemisphere Associates, L.L.C. ("FG Hemisphere") against Defendants Democratic Republic of Congo and Societe Nationale D'Electricite jointly and severally, as entered and awarded to FG Hemisphere by the United States District Court for the District of Columbia on January 31, 2005 and previously registered with this Court on July 14, 2005, in the amount of: (1) $18,430,555.47 plus interest at an annual rate of 8.75% on the sum of $18,073,746.94 to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $356,808.53, starting on March 4, 2001 and up to the date of full payment; and

1  (3) costs in the amount of $25,000 for International Court of Arbitration's
2  administrative costs, $215,880 for the fees of arbitrators, and $168,000 as
3  reimbursement for FG Hemisphere Associates, LLC's defense, as provided for in the
4  Award of the International Court of Arbitration.
5      IT IS SO ORDERED.



7  Dated:  2/6          , 2015

                              B. Moss
                    _____
                    Clerk   ~~Judge~~ of the United States District Court

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013-1010.

On January 30, 2015, I served the foregoing document(s) described as: **[PROPOSED] RENEWAL OF JUDGMENT** on all interested parties in this action as follows:

> Eric Mbala
> Chief Executive Officer
> Societe Nationale d'Electricite
> 2831 Avenue de la Justice
> Boite Postale 500
> Kinshasa-Gombe
> Republique Democratique du Congo
> Fax: 243 813010382

☑ (VIA FEDEX-INTERNATIONAL) I caused the documents listed above to be sent by FedEx (International Express) for its standard international delivery, as addressed above. I placed true copies of the document(s) in a sealed envelope addressed as shown above and placed such envelope, with fees thereon fully prepaid, for collection and delivery at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and delivery with FedEx. Under that practice, the package(s) would be delivered to an authorized courier or dealer authorized by FEDEX to receive document(s) on that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2015, at Los Angeles, California.

*/s/ Lillian Bernal Ruiz*
Lillian Bernal Ruiz